■ The People of the State of New York, Respondent, v Cyprian McIntosh, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered July 15, 1987, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mollen, P. J., Lawrence, Kooper, Spatt and Harwood, JJ., concur.

■ The People of the State of New York, Respondent, v Gary McLoyd, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Rockland County (Nelson, J.), imposed September 1, 1987, upon his conviction of robbery in the second degree, upon his plea of guilty, the sentence being an indeterminate term of 3 to 9 years' imprisonment.

Ordered that the sentence is affirmed.

The defendant was advised, during the plea allocution, that the court intended to sentence him to no more than 4 to 12 years' imprisonment. He was ultimately sentenced to an indeterminate term of 3 to 9 years' imprisonment. Contrary to the defendant's contentions, we find that the sentence imposed was neither harsh nor excessive. Mangano, J. P., Kunzeman, Rubin, Eiber and Balletta, JJ., concur.